JS 44 (Rev. 11/15)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
Robert C. Abrams, Jr., et al.
[See attachment for additional Plaintiffs]

## DEFENDANTS
Chesapeake Energy Corporation, et al.
[See attachment for additional Defendants]

**(b)** County of Residence of First Listed Plaintiff: **Bradford**
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant: _____
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
Thomas S. McNamara, Esq., Indik & McNamara, P.C., 100 South Broad Street, Suite 2230, Philadelphia, PA 19110 (215) 567-7125
[See attachment for additional Attorneys for Plaintiffs]

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*
- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** / **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane / ☐ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 376 Qui Tam (31 USC 3729(a)) |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability / ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | **PROPERTY RIGHTS** | ☐ 400 State Reapportionment |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | | ☐ 820 Copyrights | ☒ 410 Antitrust |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability / ☐ 368 Asbestos Personal Injury Product Liability | | ☐ 830 Patent | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | ☐ 340 Marine | | ☐ 840 Trademark | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 345 Marine Product Liability | **PERSONAL PROPERTY** | | ☐ 460 Deportation |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle / ☐ 370 Other Fraud | **LABOR** | **SOCIAL SECURITY** | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability / ☐ 371 Truth in Lending | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 480 Consumer Credit |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury / ☐ 380 Other Personal Property Damage | ☐ 720 Labor/Management Relations | ☐ 862 Black Lung (923) | ☐ 490 Cable/Sat TV |
| ☐ 195 Contract Product Liability | ☐ 362 Personal Injury - Medical Malpractice / ☐ 385 Property Damage Product Liability | ☐ 740 Railway Labor Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 196 Franchise | | ☐ 751 Family and Medical Leave Act | ☐ 864 SSID Title XVI | ☐ 890 Other Statutory Actions |
| | | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** / **PRISONER PETITIONS** | ☐ 791 Employee Retirement Income Security Act | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights / **Habeas Corpus:** | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 895 Freedom of Information Act |
| ☐ 220 Foreclosure | ☐ 441 Voting / ☐ 463 Alien Detainee | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 896 Arbitration |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment / ☐ 510 Motions to Vacate Sentence | | | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations / ☐ 530 General | | | ☐ 950 Constitutionality of State Statutes |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment / ☐ 535 Death Penalty | **IMMIGRATION** | | |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other / **Other:** | ☐ 462 Naturalization Application | | |
| | ☐ 448 Education / ☐ 540 Mandamus & Other | ☐ 465 Other Immigration Actions | | |
| | ☐ 550 Civil Rights | | | |
| | ☐ 555 Prison Condition | | | |
| | ☐ 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*
- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from Another District *(specify)*
- ☐ 6 Multidistrict Litigation

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
15 U.S.C. Secs. 1, 2, 15 & 26; 18 U.S.C. Secs. 1962 & 1964
Brief description of cause:
Restraint of Trade and Conspiracy to Monopolize; Civil Racketeering (RICO); supplemental claims

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.
DEMAND $ _____
CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):*
JUDGE: Hon. Malachy Mannion
DOCKET NUMBER: 3:15-cv-00340-MEM

DATE: 06/28/2016
SIGNATURE OF ATTORNEY OF RECORD: [signature]

**FOR OFFICE USE ONLY**

RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____

**Attachment to Civil Cover Sheet**
**Robert C. Abrams, Jr., et al. v. Chesapeake Energy Corporation, et al.**

**Plaintiffs:**

Robert C. Abrams, Jr., and Sonya M. Abrams
James M. Allen
Theodore R. Babcock and Connie R. Babcock
Dale G. Bennett and Donna M. Bennett t/a D+D Bennett
    Partners Limited Partnership
Thomas E. Blanchard and Margaret K. Blanchard
William T. Bohensky, Jr., and Laura G. Bohensky
Charles W. Brown, Jr.
Jan Robert Brown
Marilyn Bryan a/k/a Marilyn H. Snyder Bryan and Thomas Bryan
John Burke
Ty C. Cobb
Jack C. Corbett and Janice M. Corbett
Kim R. Corbett and Debra C. Jones
Wayne M. Cummiskey and Andrae L. Cummiskey
Roberta F. Davis
Roberta Jean Pennay Dyer
Lyle R. Fenton
William David Gilbert and Jennifer Gilbert
Gary L. Hall
Joshua L. Hees and Tamara O. Hees
Raymond Henninger, Jr.
Richard R. Higley and Charlotte L. Higley
Higley Tall Spruce LLC
JEMSCO Star, LLC
 Edward S. Kalinowski
Lynn H. Kinch and Gail Kinch
Marjorie E. Snyder Kisner and Jesse Kisner
Anthony J. Latini and Melissa L. Latini
Latini Management, LLC, t/a Latini Resources, LP
 Michael J. McGroarty a/k/a Michael McGroarty and Margaret M. McGroarty
Edward F. McKernan and Deborah H. McKernan, Joseph E. McKernan, and
    Joseph T. McKernan
Earl C. Miller and Ann L. Miller
Randy L. Morse and Virginia K. Morse

Gary R. Norconk, Sharon M. Norconk, and Linda L. Kisner, Individually and t/a Norconk Family Limited Partnership
Kevin R. Potter and Donna E. Potter
Raymond J. Raffin and Mary Ann Raffin, Individually and as Trustees of The Raffin Family Trust dated April 10, 2003
April A. Rine and Jeffrey J. Rine
Joyce Ann Rohe
Melvin E. Rohe, Jr.
Michael B. Saxe, Individually and t/a Marcellus Five Family Limited Partnership,
Thomas Schmeckenbecher, Individually and t/a Thomas Schmeckenbecher Family, LP
Scott R. Shores and Laura K. Shores
James Swingle, Jr. and Susan Swingle
Betty J. Them
William W. Them, Trustee of the William W. Them Living Trust
Towanda Country Club
Robert W. Watkins
Wickward Management, LLC, t/a Wickward Resources, LP
Gary Wickwire
Scott A. Wickwire, t/a Wickwire Family Limited Partnership
Chuck Will a/k/a Charles Will

**Attorneys for Plaintiffs:**

Thomas S. McNamara
PA Attorney ID # 38479
Indik & McNamara, P.C.
100 South Broad Street, Suite 2230
Philadelphia, PA 19110
T: (215) 567-7125

Taynya M. Knolles Rosenbloom
PA Attorney ID # 2000635
332 South Main Street
P.O. Box 309
Athens, PA 18810
T: (570) 888-0660

Christopher D. Jones
PA Attorney ID # 84049
Griffin, Dawsey, DePaola & Jones, P.C.
101 Main Street
Towanda, PA 18848
T: (570) 265-2175

**Defendants**:

Chesapeake Energy Corporation
Chesapeake Appalachia, L.L.C.
Chesapeake Energy Marketing, Inc.
Chesapeake Operating, L.L.C., as successor by merger to and f/k/a Chesapeake Operating, Inc.
Anadarko Petroleum Corporation
Anadarko E&P Onshore LLC, successor by conversion to and f/k/a Anadarko E&P Company, L.P.
Williams Partners, LP, f/k/a Access Midstream Partners, L.P. (formerly known as Chesapeake Midstream Partners, L.P.)
Access MLP Operating, L.P.
Appalachia Midstream Services, L.L.C.
Mitsui E&P USA LLC