# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PATRICIA L. ABRAMS, *Individually and as Trustee of the Gertrude E. May Irrevocable Residential/Income Only Trust*, *et. al.*, | No. 4:16-CV-1343 |
| | (Judge Brann) |
| Plaintiffs. | |
| v. | |
| CHESAPEAKE ENERGY CORPORATION, *et. al.*, | |
| Defendants. | |
| PAUL H. ARNOLD, | No. 4:16-CV-1345 |
| | (Judge Brann) |
| Plaintiffs. | |
| v. | |
| CHESAPEAKE ENERGY CORPORATION, *et. al.*, | |
| Defendants. | |
| ROBERT C. ABRAMS, JR., | No. 4:16-CV-1346 |
| | (Judge Brann) |
| Plaintiffs. | |
| v. | |
| CHESAPEAKE ENERGY CORPORATION, *et. al.*, | |
| Defendants. | |

| | |
|---|---|
| KYLIE E. AHERN, *a/k/a Kylie E. Perry*, | No. 4:16-CV-1347 |
| Plaintiffs. | (Judge Brann) |
| v. | |
| CHESAPEAKE ENERGY CORPORATION, *et. al.*, | |
| Defendants. | |

# ORDER

### DECEMBER 21, 2017

In accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1. In Civil Action No. 4:16-CV-1343

    a. Defendants' Motion to Dismiss and Compel Arbitration, ECF No. 53, is GRANTED only to the extent discussed in the accompanying Memorandum Opinion.

    b. Defendant's Motion to Dismiss, ECF No. 55, is GRANTED only to the extent discussed in the accompanying Memorandum Opinion.

    c. Defendants' Motion to Compel Arbitration and Stay, ECF No. 57, is GRANTED only to the extent discussed in the accompanying Memorandum Opinion.

d. Defendants' Motion to Compel Arbitration, Dismiss, and Stay, ECF No. 59, is GRANTED only to the extent discussed in the accompanying Memorandum Opinion.

e. Plaintiffs' Motion to Compel Arbitration, ECF No. 78, is GRANTED only to the extent discussed in the accompanying Memorandum Opinion.

f. All requests to stay the arbitratible claims are DENIED.

g. The Clerk of Court is directed to close the case file.

2. In Civil Action No. 4:16-CV-1345

a. Defendants' Motion to Dismiss, Compel Arbitration, and Stay ECF No. 52, is GRANTED only to the extent discussed in the accompanying Memorandum Opinion.

b. Defendant's Motion to Dismiss, ECF No. 54, is GRANTED only to the extent discussed in the accompanying Memorandum Opinion.

c. Defendants' Motion to Compel Arbitration and Stay, ECF No. 56, is GRANTED only to the extent discussed in the accompanying Memorandum Opinion.

d. Defendants' Motion to Compel Arbitration, Dismiss, and Stay, ECF No. 58, is GRANTED only to the extent discussed in the accompanying Memorandum Opinion.

e. Plaintiffs' Motion to Compel Arbitration, ECF No. 76, is GRANTED only to the extent discussed in the accompanying Memorandum Opinion.

f. All requests to stay the arbitratible claims are DENIED.

   g. The Clerk of Court is directed to close the case file.

3. In Civil Action No. 4:16-CV-1346

   a. Defendants' Motion to Dismiss, Compel Arbitration and Stay ECF No. 52, is GRANTED only to the extent discussed in the accompanying Memorandum Opinion.

   b. Defendants' Motion to Compel Arbitration and Stay, ECF No. 53, is GRANTED only to the extent discussed in the accompanying Memorandum Opinion.

   c. Defendant's Motion to Dismiss, ECF No. 55, is GRANTED only to the extent discussed in the accompanying Memorandum Opinion.

   d. Defendants' Motion to Compel Arbitration, Dismiss, and Stay, ECF No. 57, is GRANTED only to the extent discussed in the accompanying Memorandum Opinion.

   e. All requests to stay the arbitratible claims are DENIED.

   f. The action will proceed in its entirety against all Defendants as to the Plaintiffs identified in ECF No. 79 that are not subject to arbitration.

   g. Defendants' answer to the amended complaint is due no later than January 11, 2018.

4. In Civil Action No. 4:16-CV-1347

   a. Defendants' Motion to Compel Arbitration and to Stay, ECF No. 54, is GRANTED only to the extent discussed in the accompanying Memorandum Opinion.

   b. Defendant's Motion to Dismiss, ECF No. 56, is GRANTED only to the extent discussed in the accompanying Memorandum Opinion.

   c. Defendants' Motion to Compel Arbitration and Stay, ECF No. 57, is GRANTED only to the extent discussed in the accompanying Memorandum Opinion.

   d. Defendants' Motion to Compel and Stay, ECF No. 60, is GRANTED only to the extent discussed in the accompanying Memorandum Opinion.

   e. All requests to stay the arbitratible claims are DENIED.

   f. The action will proceed in its entirety against all Defendants as to the Plaintiffs identified in ECF No. 79 that are not subject to arbitration.

   g. Defendants' answer to the amended complaint is due no later than January 11, 2018.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
United States District Judge